**No. 46596.**—Protests 845288–G, etc., of H. J. Baker & Bro. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46597.**—Protests 806882–G, etc., of Cargill Grain Co., Inc., et al. (Buffalo, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, NOVEMBER 21, 1941

**No. 46598.**—Protests 889369–G, etc., of H. W. Peabody & Co. (San Francisco).

Opinion by TILSON, J. The merchandise in question was held dutiable at the appropriate rate or rates, according to the number of thread counts and other statutory requirements under subparagraphs (a), (b), and (c) of paragraph 904, and in addition thereto at 5 percent ad valorem under paragraph 905, as agreed between counsel in their stipulation. The protests were therefore sustained to that extent.

**No. 46599.**—Protests 20866–K, etc., of Duplex Lace Corp. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items in question consist of spangles slung, the same as those the subject of *Fashion Trimming Corp.* v. *United States* (6 Cust. Ct. 199, C. D. 462), the claim at 60 percent under paragraph 1503 was sustained

BEFORE THE THIRD DIVISION, NOVEMBER 21, 1941

**No. 46600.**—Protests 787519–G(A), etc., of United Spirit & Wine Import Corp. (New York).

Opinion by CLINE, J. An examination of the records failed to disclose anything that would warrant disturbing the finding of the collector, which was held presumptively correct. The protests were therefore overruled.

**No. 46601.**—Protests 811456–G/85254, etc., of A. & M. Marketing Co. et al. (Chicago).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.